IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS A. SMITH | : | CIVIL ACTION |
| v. | : | |
| CITY OF ALLENTOWN, et al. | : | NO. 07-cv-4317 |

## JUDGMENT

AND NOW, this 21st day of April, 2010, judgment is hereby entered in favor of the City of Allentown and Ed Pawlowski, and against Thomas A. Smith, in the amount of $2,851.60.

_____
MICHAEL E. KUNZ
CLERK OF COURT